# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re Application of MICHAEL PENNER and STUART SYBERSMA in their capacity as Joint Official Liquidators of BTU POWER COMPANY (IN OFFICIAL LIQUIDATION) for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782,<br><br>Applicants. | C.A. No. 17-11526 |

### [PROPOSED] ORDER REGARDING RENEWED APPLICATION FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Michael Penner and Stuart Sybersma in their capacity as Joint Official Liquidators ("JOLs") of BTU Power Company (In Official Liquidation) (the "JOLs") submitted a Renewed Application for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782 (the "Application") on September 21, 2017. By their Application, the JOLs seek to obtain discovery from Alessandro Ucciferri, Geoffrey Kent, Daniel Rorabaugh, Tiedemann & Associates, P.C., and Bank of America Corp. (collectively the "Respondents") for use in a foreign proceeding that the JOLs reasonably contemplate initiating in the Grand Court against Wael Almazeedi.

The Court has considered the evidence, arguments, and law presented, and sufficient reason appearing, the Court rules as follows. It is hereby:

ORDERED that the JOLs shall serve the Respondents and Mr. Almazeedi with copies of the: (1) Application and supporting Memorandum of Law; (2) Affidavit of Michael Penner; (3) Affidavit of Thomas M. Ciampa; and (4) this Order:

ORDERED that any opposition to the Application (including any objections to the proposed subpoenas attached to the Affidavit of Thomas M. Ciampa as Exhibits 1-6) shall be filed with the Court and served upon the JOLs (which service may be accomplished by any individual Respondent or Mr. Almazeedi if not represented by counsel by delivering a copy to the JOLs' counsel by hand, facsimile, or email) within fourteen (14) days after service of the Application and supporting papers upon such opposing party;

ORDERED that a reply memorandum in support of the Application (and proposed subpoenas), if any, shall be filed with the Court and served upon any party that has filed and served an opposition (which service may be made upon any individual Respondent or Mr. Almazeedi if not represented by counsel by delivering a copy to such individual by hand, facsimile, or email) at least two (2) business days before the show cause hearing described below; and

ORDERED that Respondents and Mr. Almazeedi show cause before this Court at a hearing on _____, October __, 2017 at ___ : ___ am/pm, why an order should not be issued granting the Application.

SO ORDERED, this ___ day of _____ 2017

_____
United States District Judge