`

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of MICHAEL PENNER and STUART SYBERSMA in their capacity as Joint Official Liquidators of BTU POWER COMPANY (IN OFFICIAL LIQUIDATION) for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782,<br><br>Applicants. | C.A. No. 17-mc-91284-IT |

## *EX PARTE* MOTION FOR ORDER ALLOWING APPLICANTS' TO EFFECT SERVICE UPON WAEL ALMAZEEDI BY ALTERNATE METHODS

Applicants Michael Penner and Stuart Sybersma in their capacity as Joint Official Liquidators (the "JOLs") of BTU Power Company (In Official Liquidation) hereby move that this Honorable Court enter an Order:

1. allowing the JOLs to effect service of the:

(a) Renewed Application for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782 (the "Renewed Application") and supporting memorandum of law;

(b) Affidavit of Michael Penner;

(c) Affidavit of Thomas M. Ciampa; and

(d) Court's Order on the Renewed Application (collectively, the "JOLs' Papers"),

upon Wael Almazeedi by forwarding copies to Mr. Almazeedi's Massachusetts counsel, Attorney John Rauseo, by: (i) overnight mail, using a nationally-recognized carrier, addressed to Rauseo Law, 40 Salem Street, Bldg. #2, Lynnfield, MA 01940; and (ii) email addressed to john@rauseolaw.com; and

2. that effective service of the JOLs' Papers upon Mr. Almazeedi be deemed to occur upon their earliest delivery by either of the alternate methods allowed by the Court.

As grounds for their motion, the JOLs state as follows:

1. Despite the JOLs' diligent search, they have been unable to discover the information necessary to serve Mr. Almazeedi personally or at his last and usual place of abode.

2. The JOL are currently the plaintiffs in a matter entitled *Michael Penner and Stuart Sybersma, Joint Official Liquidators of BTU Power Company (In Official Liquidation) v. Wael Almazeedi*, Middlesex Superior Court, Civil Action No. 17-01713 (the "Superior Court Action"), by which they are seeking to enforce an Order for Costs and Default Costs Certificate in the amount of $165,928.12 entered by the Grand Court of the Cayman Islands, Financial Services Division (the "Grand Court") in favor of the JOLs and against Mr. Almazeedi.

3. The JOLs recently filed a motion in the Superior Court Action seeking an order allowing the JOLs to effect service upon Wael Almazeedi by alternate methods. The Superior Court granted the JOLs' motion, the arguments of which the JOLs hereby adopt by reference. A true and accurate copy of the JOL's motion and the Court's order is attached hereto as Exhibit A.

4. The JOLs have since served Mr. Almazeedi in the Superior Court Action in accordance with the Superior Court's Order, and Attorney Rauseo has acknowledged service.

WHEREFORE, the JOLs respectfully request that this Honorable Court enter an order allowing the JOLs to effect service of the JOLs' Papers upon Wael Almazeedi by forwarding copies to Mr. Almazeedi's Massachusetts counsel, Attorney John Rauseo, by: (i) overnight mail, using a nationally-recognized carrier, addressed to Rauseo Law, 40 Salem Street, Bldg. #2, Lynnfield, MA 01940; and (ii) email addressed to john@rauseolaw.com; and

2. that effective service of the JOLs' Papers upon Mr. Almazeedi be deemed to occur upon their earliest delivery by either of the alternate methods allowed by the Court.

Respectfully submitted,

MICHAEL PENNER and STUART SYBERSMA in their capacity as Joint Official Liquidators of BTU POWER COMPANY (IN OFFICIAL LIQUIDATION)

By their attorney,

 /s/ Thomas M. Ciampa
Thomas M. Ciampa (BBO# 566898)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:  (617) 426-0000
Fax: (617) 423-4855
tom@cfwlegal.com

Dated:  September 21, 2017