UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of MICHAEL PENNER and STUART SYBERSMA in their capacity as Joint Official Liquidators of BTU POWER COMPANY (IN OFFICIAL LIQUIDATION) for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782,<br><br>Applicants. | 17-mc-91284-IT |

## ORDER REGARDING RENEWED APPLICATION FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Michael Penner and Stuart Sybersma in their capacity as Joint Official Liquidators ("JOLs") of BTU Power Company (In Official Liquidation) (the "JOLs") submitted a Renewed Application for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782 (the " Renewed Application") on September 21, 2017. The JOLs seek to obtain limited discovery from Alessandro Ucciferri, Geoffrey Kent, Daniel Rorabaugh, Tiedemann & Associates, P.C., and Bank of America Corp. (collectively the "Respondents") for use in a foreign proceeding that the JOLs reasonably contemplate initiating in the Grand Court against Wael Almazeedi.

The court previously ordered that if the JOLs sought to proceed *ex parte*, they "shall show cause why respondents and/or Mr. Almazeedi should not be given notice and an opportunity to be heard regarding proposed discovery." Order [#6]. The Applicants' papers, in seeking leave to effect formal service on Mr. Almazeedi and Respondents, demonstrate no objection to Mr. Almazeedi or Respondents receiving notice of these proceedings. Accordingly,

it is hereby ORDERED that:

(1) By September 27, 2017, the JOLs shall endeavor to give effective notice to Respondents and Mr. Almazeedi of these proceedings, by mailing and e-emailing copies (with all accompanying exhibits) of the (1) Application [#1], Renewed Application [#7] and supporting Memorandum of Law [#8]; (2) Affidavit of Michael Penner [#9]; (3) Affidavit of Thomas M. Ciampa [#10]; and (4) this Order, to the current and/or last known addresses of Mr. Almazeedi and Respondents, and to Mr. Almazeed's current or former counsel, John Rauseo;

(2) Any opposition to the request that this Court authorize the JOLs to serve limited discovery under 28 U.C.C. § 1782 and Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004), shall be filed and served through the court's ECF system by October 11, 2017; and

(3) If Respondents or Mr. Almazeedi oppose the Court authorizing the service of limited discovery, that they show cause before this Court at a hearing on October 23, 2017, at 2:30 P.M., why such order should not be issued.

SO ORDERED, this 22nd day of September 2017

_____
United States District Judge